ROBERT G. DREHER, Acting Assistant Attorney General
   United States Department of Justice
   Environment & Natural Resources Division

TY BAIR, Trial Attorney
   Natural Resources Section
   P.O. Box 7611
   Washington, D.C. 20044-7611
   (202) 307-3316
   tyler.bair@usdoj.gov

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| BETTOR RACING, INC. and J. RANDY GALLO,<br><br>   Plaintiffs,<br><br>v.<br><br>NATIONAL INDIAN GAMING COMMISSION,<br><br>   Defendant. | No. 4:13-cv-04051-KES<br><br>NOTICE OF LODGING ADMINISTRATIVE RECORD, INCLUDING CONFIDENTIAL PORTION FILED UNDER SEAL |

Federal Defendant National Indian Gaming Commission hereby provides notice of lodging the administrative record in this case, including portions of the record containing confidential information subject to the Court's September 9, 2013, Protective Order (ECF No. 29) that will be lodged under seal.  Federal Defendant has prepared two versions of the administrative record.  One is complete and has been marked as containing Confidential Information.  Pursuant to the Protective Order it will be lodged under seal.  The second version of the administrative record omits the documents containing Confidential Information.  That version will be lodged publically and served on the parties.  Pursuant to the procedure set forth in Paragraphs 4–6 of the Protective Order, the two versions of the administrative record will be sent today via Federal Express to the Clerk of the Court and to the parties.  A courtesy copy of the two versions of the administrative record will also be provided to chambers.  A declaration certifying the Administrative Record is attached as an exhibit to this notice.

Respectfully Submitted,

Robert G. Dreher
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ Ty Bair
Ty Bair, Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel. (202) 307-3316
Fax. (202) 305-0506
tyler.bair@usdoj.gov

COUNSEL FOR DEFENDANT

OF COUNSEL

Maria J. Getoff
Jo-Ann Shyloski
Office of General Counsel
National Indian Gaming Commission


DATED:  September 16, 2013