UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

BETTOR RACING, INC. and J. RANDY GALLO,

    Plaintiffs,

vs.

NATIONAL INDIAN GAMING COMMISSION,

    Defendant.

Case 4:13-cv-04051-KES

## CERTIFICATION OF AGENCY RECORD

I, MARIA GETOFF, do declare that:

1. I am a Senior Attorney with the Office of the General Counsel of the National Indian Gaming Commission (NIGC).

2. I certify that the Agency Record for NOV-11-01, which comprises documents 1-113, and is attached hereto, constitutes the entire Bettor Racing, Inc. and J. Randy Gallo v. National Indian Gaming Commission, agency record.

3. I certify that these documents are the official records of the NIGC and are in my legal custody and attest that each annexed paper is a true copy of a document comprising part of the official records of the NIGC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Aug 16, 2013.

_____
Maria Getoff
National Indian Gaming Commission
Office of the General Counsel
1441 L Street, NW – Suite 9100
Washington, D.C.  20005
202-632-7003